José MULERO-ORELLANA, Petitioner and Appellant, v. JUAN CRUZ-RIVERA, Respondent and Appellee.

No. 3809.   Argued June 22, 1926.—Decided July 21, 1926.

*Carlos B. Buitrago* and *Francisco González* for the appellant.   *José C. Rivera* for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

José Mulero Orellana, the appellant, was once the owner of a piece of property. In the year 1920 he sold it to Juan del Carmen Rosa. The latter sold it in 1923 to Juan Cruz Rivera, but, not being content with this, in 1924 he made another sale of the same property to the appellant, José Mulero. Juan Cruz Rivera, as pointed out by appellee and as the evidence tends strongly to show, almost immediately by means of agents entered into possession of the said land. The appellant, Mulero, tried to obtain a dominion title therefor and was successfully opposed by Juan Cruz Rivera. It was a case of double sale, never recorded. Not only was Juan Cruz Rivera prior in time, but he took physical possession of the property. All in accordance with section 1376 of the Civil Code.

The appellant, misconceiving the facts, and denying the

physical possession of Juan Cruz Rivera, enters into a discussion of the effect of a civil sale, where the buyer does not actually enter into possession, but the facts are against him.

The judgment must be affirmed.